**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

December 7, 2020

**LETTER ORDER**

Re: **Chang, et al. v. Upright Financial Corp., et al.**
**Civil Action No. 19-18414 (KM)**

Dear Counsel:

As discussed during the telephone conference held in this matter earlier today, and for the reasons set forth on the record, the Court orders as follows:

1) The motion by Wong, Wong & Associates, P.C. seeking leave to withdraw as counsel for Plaintiffs [Dkt. No. 28] is **GRANTED**.

2) This case is hereby **ADMINISTRATIVELY TERMINATED**.

**IT IS SO ORDERED.**

   s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**